**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01353-CV

### YANCEY MCCURDY, Appellant

### V.

### RUDY OEFTERING, OEFTERING, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13696**

## ORDER

The clerk's record in this case is incomplete. It does not include the notice of appeal.

Accordingly, the Court **ORDERS** Felicia Pitre, District Clerk of Dallas County, Texas to file

within **FIVE DAYS OF THE DATE OF THIS ORDER** a supplemental clerk's record

including the notice of appeal.

/s/     ELIZABETH LANG-MIERS
        JUSTICE